UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20975-CIV-HUCK/SIMONTON



SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

JOHN P. UTSICK; ROBERT YEAGER; DONNA YEAGER;
WORLDWIDE ENTERTAINMENT, INC.;
THE ENTERTAINMENT GROUP FUND, INC.;
AMERICAN ENTERPRISES, INC., AND
ENTERTAINMENT FUNDS, INC.,

    Defendants.

_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Receiver's First Omnibus Motion for Authority to Pay Fees and Expenses Incurred by Professionals For the Period of January 1, 2006 - May 31, 2006, filed on June 16, 2006, will be held on **THURSDAY, JULY 20, 2006 at 2:30 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida.

DONE AND ORDERED in Chambers, Miami, Florida, this June 20, 2006.

                        Paul C. Huck
                        United States District Judge

**Copies furnished to:**
All Counsel of Record