UNITED STATES DISTRICT COURT
Southern District of Florida
Miami Division

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff,

vs.

Case No.: 06-20975-CIV-HUCK
Magistrate Judge Simonton

JACK P. UTSICK,
ROBERT YEAGER,
DONNA YEAGER,
WORLDWIDE ENTERTAINMENT, INC.,
THE ENTERTAINMENT GROUP FUND, INC.,
AMERICAN ENTERPRISES, INC., and
ENTERTAINMENT FUNDS, INC.,

    Defendants.
_____/

### NOTICE OF FILING

Michael I. Goldberg (the "Receiver"), hereby gives Notice of the Filing of Receiver, Michael I. Goldberg's, Second Report Concerning the Condition of the Entertainment Group Fund, Inc., Worldwide Entertainment, Inc., American Enterprises, Inc., and Entertainment Funds, Inc..

    Respectfully submitted,

**AKERMAN SENTERFITT**
Attorneys for Receiver
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: michael.goldberg@akerman.com

By: _____
Michael I. Goldberg
Florida Bar No. 886602

{FT331287;1}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Filing of the Receiver, Michael I. Goldberg's, Second Report Concerning the Condition of the Entertainment Group Fund, Inc., Worldwide Entertainment, Inc., American Enterprises, Inc., and Entertainment Funds, Inc.* was sent via Federal Express to all persons on the attached Service List was filed this 19th day of July, 2006.

By: _____
　　　Attorney

{FT331287;1}

## SERVICE LIST

Alise M. Johnson
Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
(305) 982-6322 (Direct Dial)
(305) 982-6300 (Telephone)
(305) 536-4154 (Facsimile)
E-Mail: johnsona@sec.gov
***Counsel for Plaintiff***

Richard Kraut, Esq.
Dilworth Paxson LLP
1133 Connecticut Ave, N.W., Suite 620
Washington, DC 20036
(202) 452-0900 (Telephone)
(202) 452-0930 (Facsimile)
***Counsel for Jack P. Utsick***

David R. Chase, Esq.
David R. Chase, P.A.
Wachovia Center – Penthouse
1909 Tyler Street
Hollywood, Florida 33020
(954) 920-7779 (Telephone)
(954) 923-5622 (Facsimile)
E-Mail: david@davidchaselaw.com
***Counsel for Jack P. Utsick***

Richard A. Serafini, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Blvd., Suite 2000
Ft. Lauderdale, Florida 33301
(954) 768-8256 (Direct)
(954) 765-0500 (Telephone)
(954) 765-1477 (Facsimile)
***Counsel for Robert Yeager, Donna Yeager***
***American Enterprises, Inc. and Entertainment Funds, Inc.***

{FT331287;1}

Katherine A. Compton, Esq.
Penelope Brobst Blackwell, Esq.
Greenberg Traurig, LLP
13155 Noel Road, Suite 600
Dallas, Texas 75240
(972) 419-1250 (Telephone)
(972) 419-1251 (Facsimile)
*Co-Counsel for Robert Yeager, Donna Yeager, American Enterprises, Inc. and Entertainment Funds, Inc.*

Howard J. Berlin, Esq.
Kluger Peretz, Kaplan, et al.
201 South Biscayne Blvd. - 17th Floor
Miami, Florida 33131
(305) 379-9000 (Telephone)
(305) 379-3428 (Facsimile)
email: hberlin@kpkb.com
*Counsel for Receiver*

David M. Levine, Esq.
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
(305) 536-1112 (Telephone)
(305) 536-1116 (Facsimile)
dml@tewlaw.com
*Counsel for First Source Bank*

{FT331287;1}