FILED by DJ D.C.

ELECTRONIC

Jul 26 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 06-20975-CIV-HUCK

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

JACK P. UTSICK, et al,,

          Defendants.
_____/

**SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF NO OBJECTION TO RECEIVER'S OMNIBUS MOTION FOR AUTHORITY TO PAY FEES AND EXPENSES INCURRED BY PROFESSIONALS**

The Securities and Exchange Commission ("SEC") has reviewed the Receiver's Omnibus Motion for Authority to Pay Fees and Expenses Incurred by Professionals for the time period of January 1, 2006 – May 31, 2006 and has no objections to the fees requested. The SEC agrees to fees sought because:

1. The Receiver, Michael Goldberg, and his lead counsel Howard Berlin have significantly reduced their normal billing rate from $475 to $360 an hour. Similarly, the other attorneys and legal staff at the Receiver's firm, Akerman Senterfitt, and at his counsel's firm, Kluger, Peretz, Kaplan, & Berlin, are also working at a discounted "receivership rate."

2. Lower paid associates and paralegals performed the bulk of the tasks in this matter, reflecting the Receiver's attempt to minimize the fees in this matter. The billing records show that the Receiver and his counsel have used their time economically.

Indeed, the majority of billing entities appear to be for work performed by law clerks with relatively low billing rates for work spent responding to questions from investors.

3. Minimal time was spent in internal conferences and meetings between attorneys and the records to do not reflect that multiple attorneys billed for performing the same task or for "reviewing" work of other attorneys. In addition, individual time entries reflect that tasks were performed within reasonable time frames. Furthermore, the Receiver has "written off" $29,000 from his fee, to compensate for any redundant work that might have occurred.

4. The Receiver and his counsel's experience in handling receiverships is reflected in the efficient manner and excellent quality of the work performed thus far.

5. The SEC's only concern - the use of multiple attorneys by the Receiver and his counsel - has already been addressed by this Court. The Receiver and his counsel have agreed to streamline this litigation and the use of counsel in the future. The SEC notes that it did not find in its review of the billing records any work that should not be awarded fees due to multiple counsel's involvement. In fact, it appears that the bulk of work required at the beginning of the Receivership justified the use of several attorneys.

July 26, 2006

              Respectfully submitted,

         By: s/ Alise M. Johnson
            Alise Johnson
            Senior Trial Counsel
            Florida Bar No. 0003270
            Direct Dial: (305) 982-6341
            Email: johnsona@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile and U.S. Mail this 26th day of July 2006 on the following:

Richard Kraut, Esq.
Dilworth Paxson LLP
1133 Connecticut Avenue, N.W.
Suite 620
Washington, DC  20036
Telephone:  202/452-0900
Facsimile:  202/452-0930
Counsel for John P. Utsick

David R. Chase, Esq.
David R. Chase, PA
Wachovia Center – Penthouse
1909 Tyler Street
Hollywood, FL  33020-4527
Telephone:  954/920-7779
Facsimile:  954/923-5622
Co-counsel for John P. Utsick

Richard A. Serafini, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Ft. Lauderdale, FL 33301
Telephone:  954/765-0500
Facsimile:  954/765-1477
Counsel for Robert Yeager, Donna Yeager,
American Enterprises, Inc., and Entertainment Funds, Inc.

Michael I. Goldberg, Esq.
Akerman Senterfitt
350 East Las Olas Boulevard, Ste. 1600
Fort Lauderdale, Florida 33301
Telephone:  954/468-2444
Facsimile:  954/463-2224
Receiver for Worldwide Entertainment, Inc. and
The Entertainment Group Fund, Inc.

Howard Berlin, Esq.
Kluger Peretz, Kaplan et.al,
201 South Biscayne Blvd. 17th Floor
Miami, Florida 33131
Counsel for Receiver

                                      s/ Alise M. Johnson