UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20975-CIV-HUCK / SIMONTON

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

JOHN P. UTSICK, ROBERT YEAGER,
DONNA YEAGER, WORLDWIDE
ENTERTAINMENT, INC., THE
ENTERTAINMENT GROUP FUND, INC.,
AMERICAN ENTERPRISES, INC. and
ENTERTAINMENT FUNDS, INC.,

    Defendants.
_____/

**ORDER GRANTING IN PART RECEIVER'S SECOND OMNIBUS
MOTION FOR AUTHORITY TO PAY FEES AND EXPENSES
INCURRED BY PROFESSIONALS FOR THE PERIOD
OF JUNE 1, 2006 – AUGUST 31, 2006 AND ESTABLISHING
PROCEDURES FOR PAYMENT OF FUTURE FEES AND COSTS**

**THIS CAUSE** came before the Court on October 26, 2006, upon the Receiver's Second Omnibus Motion for Authority to Pay Fees and Expenses Incurred by Professionals for the Period of June 1, 2006 to August 31, 2006 (the "Second Omnibus Motion"). In the Second Omnibus Motion, the Receiver seeks authority to pay the fees and expenses incurred by Akerman Senterfitt; Kluger, Peretz, Kaplan & Berlin P.L. ("KPKB") (Akerman Senterfitt and KPKB are jointly referred to as "Primary Counsel"); Russell L. Forkey, P.A. ("Forkey"); Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury");[1] Hughes & Luce LLP ("H&L"); and Crisis

---

[1] The Receiver seeks authority to pay Pillsbury for the period commencing on April 26, 2006.

{FT343301;1}                        Page 1 of 6

Management Inc. ("CMI") (Forkey, Pillsbury, H&L and CMI are collectively referred to as the "Secondary Professionals") for the period of June 1, 2006 through August 31, 2006. The Court, having conducted a careful review of the Second Omnibus Motion and its attachments, with particularly close attention given to the experience of the professionals the Receiver has employed, the amount of time the professionals spent on the various tasks that were performed, and the reduction to the billing rates taken by Primary Counsel, having been advised that there are no objections to the Second Omnibus Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Second Omnibus Motion is granted in part. The following procedures shall apply to the Second Omnibus Motion and all future motions of Primary Counsel seeking payment of their fees and costs:

    (a) Upon the Court's approval of requested costs, the Receiver is authorized to pay Primary Counsel one-hundred percent (100%) of such allowed costs; and

    (b) Upon the Court's approval of requested fees, the Receiver is authorized to pay Primary Counsel two-thirds (2/3) of such allowed fees. The remaining one-third (1/3) of allowed fees shall be held back (the "Holdback Amount") for distribution at such time as the Receiver commences distributions to creditors. Accordingly, the Receiver shall request the Court's authorization to pay the Holdback Amount at the same time he requests permission to make a distribution to the creditors. At that time, the Court shall determine the extent of the Holdback Amount, if any, that the Receiver shall pay to Primary Counsel.

2. In consideration of the Receiver and Primary Counsel agreeing to the risks and delays incumbent in the foregoing holdback process as well as substantially reducing their rates

from those normally charged to their clients, the Court shall consider payment of performance based bonuses to the Receiver and/or Primary Counsel at the conclusion of the receivership.

3. The Secondary Professionals shall be entitled to receive payment of the entire amount of their approved fees and costs, but shall not be entitled to any performance based bonuses.

**ACCORDINGLY, IT IS FURTHER ORDERED AND ADJUDGED** that:

4. The Court approves the fees requested by Akerman Senterfitt in the Second Omnibus Motion in full, however, the Receiver is authorized to pay Akerman Senterfitt the sum of $200,151.00 representing two-thirds of their requested fees. The remaining one-third of fees ($100,075.50) shall be held back for consideration of distribution by the Court at a future date. The Court approves the costs requested by Akerman Senterfitt in the Second Omnibus Motion in full, and the Receiver is authorized to pay Akerman Senterfitt $19,957.89 in expenses, for a total payment of fees and costs in the amount of $220,108.89.

5. The Court approves the fees requested by KPKB in the Second Omnibus Motion in full, however, the Receiver is authorized to pay KPKB the sum of $151,925.20 representing two-thirds of their requested fees. The remaining one-third of fees ($75,962.60) shall be held back for consideration of distribution by the Court at a future date. The Court approves the costs requested by KPKB in the Second Omnibus Motion in full, and the Receiver is authorized to pay KPKB $25,696.78 in expenses, for a total payment of fees and costs in the amount of $177,621.98.

6. The Receiver is authorized to pay Russell L. Forkey, P.A. the sum of $10,220.00 in fees and $1,817.30 in expenses for a total of $12,037.30. This represents a reduction of $1,000.00 which was billed for the services of an individual described as "Office Staff".

7. The Receiver is authorized to pay Crisis Management Inc. the sum of $33,330.00 in fees and $24.50 in expenses for a total of $33,354.50.

8. The Receiver is authorized to pay Pillsbury Winthrop Shaw Pittman LLP the sum of $52,161.00 in fees and $1,312.37 in expenses for a total of $53,473.37.

9. The Receiver is authorized to pay Hughes & Luce LLP the sum of $22,964.50 in fees and $1,632.77 in expenses for a total of $24,597.27.

10. The Receiver is authorized to pay Klein & Sallah, LLC the total sum of $676.00 for fees.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida this 27th day of October, 2006.

PAUL C. HUCK
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All counsel of record

**Conformed copies to:**

Joan Levit, Esq.
Akerman Senterfitt
Las Olas Centre II- Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Tel:   (954) 463-2700
Fax:   (954) 463-2224
E-Mail: joan.levit@akerman.com
*Counsel for Receiver*

Alise M. Johnson
Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
(305) 982-6322 (Direct Dial)
(305) 982-6300 (Telephone)
(305) 536-4154 (Facsimile)
E-Mail: johnsona@sec.gov
*Counsel for Plaintiff*

Richard Kraut, Esq.
Dilworth Paxson LLP
1133 Connecticut Ave, N.W., Suite 620
Washington, DC 20036
(202) 452-0900 (Telephone)
(202) 452-0930 (Facsimile)
*Counsel for Jack P. Utsick*

David R. Chase, Esq.
David R. Chase, P.A.
Wachovia Center – Penthouse
1909 Tyler Street
Hollywood, Florida 33020
(954) 920-7779 (Telephone)
(954) 923-5622 (Facsimile)
E-Mail: david@davidchaselaw.com
*Counsel for Jack P. Utsick*

Richard A. Serafini, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Blvd., Suite 2000
Ft. Lauderdale, Florida 33301

Howard J. Berlin, Esq.
Kluger Peretz, Kaplan, et al.
201 South Biscayne Blvd. – 17th Floor
Miami, Florida 33131
(305) 379-9000 (Telephone)
(305) 379-3428 (Facsimile)
Email: hberlin@kpkb
*Counsel for Receiver*

David M. Levine, Esq.
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
(305) 536 – 1112 (Telephone)
(305) 536 – 1116 (Facsimile)
Email: dml@tewlaw.com
*Counsel for First Source Bank*

(954) 768-8256 (Direct)
(954) 765-0500 (Telephone)
(954) 765-1477 (Facsimile)
*Counsel for Robert Yeager, Donna Yeager*
*American Enterprises, Inc. and Entertainment Funds, Inc.*