# Stevens Law Firm

P.O. Box 807
Longview, TX 75606-0807
903-753-6760



Tax ID
#20-1600448

Invoice submitted to:
Jack Utsick
300 S. Point Drive, Apt. 3503
Miami Beach FL 33139

April 19, 2006

In Reference To: Cause No. 2:06CV74; Jeff Smith, et al. v. Jack Utsick, et al; In the
United States Distirct Cout Eastern District of Texas; Marshall
Division

Invoice #10504

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2006 | SES | Prepare and file motion for extension and order | 0.30 250.00/hr | 75.00 |
| | SES | Received and reviewed notices from court. | 0.20 250.00/hr | 50.00 |
| 3/29/2006 | SES | Received and reviewed order on extension; forward to client | 0.20 250.00/hr | 50.00 |
| | | **For professional services rendered** | **0.70** | **$175.00** |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 3/29/2006 | SES | Postage - certified mail | 1 4.64 | 4.64 |
| | BJR | Postage | 1 0.39 | 0.39 |
| | BJR | Copying cost | 7 0.10 | 0.70 |
| | | **Total additional charges** | | **$5.73** |
| | | **Total amount of this bill** | | **$180.73** |
| | | **Balance due** | | **$180.73** |

# Stevens Law Firm

P.O. Box 807
Longview, TX 75606-0807
903-753-6760



Tax ID
#20-1600448

Invoice submitted to:
Jack Utsick
300 S. Point Drive, Apt. 3503
Miami Beach FL 33139

June 14, 2006

In Reference To:Cause No. 2:06CV74; Jeff Smith, et al. v. Jack Utsick, et al; In the
United States Distirct Cout Eastern District of Texas; Marshall
Division

Invoice #10593

Professional Services

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/20/2006 | SES | Received and reviewed of email from Stephen Kennedy | | 0.10<br>250.00/hr | 25.00 |
| 5/2/2006 | SES | Received and reviewed notice of pendency | | 0.10<br>250.00/hr | 25.00 |
|  | SES | Received and reviewed notice from court | | 0.10<br>250.00/hr | 25.00 |
| 5/4/2006 | SES | Received and reviewed 2 emails re: extension | | 0.20<br>250.00/hr | 50.00 |
| 5/5/2006 | SES | Received and reviewed email from Kraut re: motion for extension | | 0.10<br>250.00/hr | 25.00 |
|  | SES | Draft 2nd email to Kraut re: motion to extend | | 0.10<br>250.00/hr | 25.00 |
|  | SES | Draft motion for extension | | 0.30<br>250.00/hr | 75.00 |
| 5/8/2006 | SES | Phone conference with Stephen Kennedy re: extension | | 0.10<br>250.00/hr | 25.00 |
|  | SES | Received and reviewed email from Kraut re: extension | | 0.10<br>250.00/hr | 25.00 |
|  | SES | Phone conference with clerk re: extension | | 0.10<br>250.00/hr | 25.00 |
|  | SES | Received and reviewed three notices from court | | 0.30<br>250.00/hr | 75.00 |

~~CRAM CRAM & CRAMCRAM~~

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/8/2006 | SES | Received and reviewed two emails from Kraut re: extension | 0.20<br>250.00/hr | 50.00 |
| 5/9/2006 | SES | Received and reviewed two notices from court | 0.20<br>250.00/hr | 50.00 |
| 5/30/2006 | SES | Received and reviewed order reassigning case | 0.10<br>250.00/hr | 25.00 |
| | | **For professional services rendered** | **2.10** | **$525.00** |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 4/26/2006 | BJR | Copying cost | 42<br>0.10 | 4.20 |
| | | **Total additional charges** | | **$4.20** |
| | | **Total amount of this bill** | | **$529.20** |
| | | **Previous balance** | | **$180.73** |
| | | **Balance due** | | **$709.93** |



# Stevens Law Firm
P.O. Box 807
Longview, TX 75606-0807
903-753-6760

Tax ID
#20-1600448

Invoice submitted to:
Jack Utsick
300 S. Point Drive, Apt. 3503
Miami Beach FL 33139

July 10, 2006

In Reference To:Cause No. 2:06CV74; Jeff Smith, et al. v. Jack Utsick, et al; In the
United States Distirct Cout Eastern District of Texas; Marshall
Division

Invoice #10615

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2006 | SES | Received and reviewed two emails from Dick Kraut | 0.20 250.00/hr | 50.00 |
|  | SES | Draft motion for 3rd extension | 0.30 250.00/hr | 75.00 |
| 6/6/2006 | SES | Received and reviewed two notices from court | 0.20 250.00/hr | 50.00 |
| 6/14/2006 | SES | Received and reviewed seven emails re: extension | 0.70 250.00/hr | 175.00 |
|  | SES | Received and reviewed notice from court | 0.10 250.00/hr | 25.00 |
|  | SES | Received and reviewed motion to dismiss and motion to stay by Yeger | 0.30 250.00/hr | 75.00 |
| 6/15/2006 | SES | Received and reviewed eight emails from Kraut re: motion to stay | 0.80 250.00/hr | 200.00 |
|  | SES | Received and reviewed four notices from court | 0.40 250.00/hr | 100.00 |
| 6/28/2006 | SES | Received and reviewed order to stay | 0.10 250.00/hr | 25.00 |
|  | SES | Received and reviewed motion from court | 0.50 250.00/hr | 125.00 |

| **For professional services rendered** | **3.60** | **$900.00** |
|---|---|---|

PRIVILEGED & CONFIDENTIAL

Additional Charges :

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 6/15/2006 | BJR | Copying cost | 238<br>0.10 | 23.80 |
| | **Total additional charges** | | | **$23.80** |
| | **Total amount of this bill** | | | **$923.80** |
| | **Previous balance** | | | **$709.93** |
| | **Balance due** | | | **$1,633.73** |