PRIVILEGED & CONFIDENTIAL

# David R. Chase, P.A.
Wachovia Center - Penthouse
1909 Tyler Street
Hollywood, FL 33020

Ph:(954) 920-7779        Fax:(954) 923-5622

Jack Utsick                                    February 15, 2006
119 Washington Avenue                    File #:        1131.01
Suite 502                                    Inv #:            738
Miami Beach, Florida 33139

**Attention:**   Mr. Jack Utsick

**RE:**     Defense of SEC Investigation

| DATE | | DESCRIPTION | RATE | HOURS | FEE |
|------|--|-------------|------|-------|-----|
| Jan-02-06 | DRC | Meeting with Bill Nortman; Meeting with client and lawyers re: strategy | $375.00 | 10.00 | 3,750.00 |
| Jan-03-06 | DRC | Travel to and meetings with client; Meeting with lawyers re: strategy | $375.00 | 7.50 | 2,812.50 |
| Jan-04-06 | DRC | Travel to and meeting with SEC; Meeting with lawyers re: strategy; Telephone calls with client | $375.00 | 4.50 | 1,687.50 |
| Jan-05-06 | DRC | Telephone call with Michael Rosen, Esq. and client re: case; Telephone call with client; Telephone call with Michael Goldberg, Esq. re: case; Telephone call with Andre Zamarano, Esq. re: case; Telephone call with Dick Kraut, Esq. and Bill Nortman, Esq. re: case | $375.00 | 1.70 | 637.50 |

| Date | | Description | Rate | Hours | Amount |
|------|--|-------------|------|-------|--------|
| Jan-06-06 | DRC | Telephone call with Russel Forkey, Esq. re: Soodhatler; Telephone call with Michael Goldberg, Esq. re: case; Review of Nortman, Esq. letter re: rescheduling of testimony for client; Telephone call to Bill Nortman, Esq. re: case; Telephone calls with Dick Kraut, Esq. re: case; Conference call with client and Dick Kraut, Esq.; Telephone calls with client; Review of Nortman, Esq. letter re: document production; Telephone call with Michael Rosen, Esq. re: case; Telephone call with John Rosenberg, Esq. re: Soodhalter; Review of revised complaint | $375.00 | 2.30 | 862.50 |
| Jan-09-06 | DRC | Telephone call with Bill Nortman, Esq. re: case; Review of proposed Complaint for Receiver; Review of Dick Kraut, Esq. revisions to Complaint; Travel to and meeting with client at client's office | $375.00 | 4.20 | 1,575.00 |
| Jan-10-06 | DRC | Telephone call with client; paralegal re: document production; Telephone call with Bill Nortman, Esq., Michael Rosen, Esq. and Dick Kraut, Esq. re: case | $375.00 | 0.80 | 300.00 |
| Jan-11-06 | DRC | Travel to and meeting with client and paralegal at company offices re: document inventory; Telephone call with Bill Nortman, Esq. re: case | $375.00 | 5.10 | 1,912.50 |
| Jan-12-06 | DRC | Telephone call to client and Richard Serafini, Esq. re: Complaint; Telephone call with Bill Nortman, Esq. re: case; Review of various e-mails re: case | $375.00 | 0.50 | 187.50 |
| Jan-13-06 | DRC | Review of various e-mails; Telephone call with Bill Nortman, Esq. and conference call with defense counsel re: case; Telephone call with client and Dick Kraut, Esq. re: investor talking points | $375.00 | 1.60 | 600.00 |
| Jan-17-06 | DRC | Telephone call with Richard Serafini, Esq. re: complaint; Review of various e-mails re: case; Telephone call with client | $375.00 | 0.40 | 150.00 |
| Jan-18-06 | DRC | Telephone call with client, Mike Goldberg, Esq. and Bill Nortman, Esq. re: case; Review of various e-mails re: case | $375.00 | 0.50 | 187.50 |
| Jan-19-06 | DRC | Meeting with Bill Nortman, Esq.; Travel to and meeting with counsel and Receiver re: case; Telephone call with client, Russ Forkey, Esq. and Dick Kraut, Esq. | $375.00 | 5.30 | 1,987.50 |

PRIVILEGED & CONFIDENTIAL

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jan-20-06 | DRC | Review of Goldberg, Esq. e-mail and Telephone call with Goldberg, Esq.; Telephone calls with Andre Zamarano, Esq. re: case; Telephone calls with client re: case; Telephone call with Michael Rosen, Esq.; Telephone call with Dick Kraut, Esq. | $375.00 | 1.40 | 525.00 |
| Jan-21-06 | DRC | Telephone calls with Michael Rosen, Es. and Michael Goldberg, Esq. re: case | $375.00 | 0.60 | 225.00 |
| Jan-23-06 | DRC | Telephone calls with Dick Kraut, Esq. re: case; Telephone call to John Rosenberg, Esq.; Conference call with SEC and Dick Kraut, Esq. re: potential settlement; Review of Kraut, Esq. e-mails | $375.00 | 1.30 | 487.50 |
| Jan-24-06 | DRC | Telephone call with Andre Zamarano, Esq.; Review of revised release; E-mail to Dick Kraut, Esq. re: revised release; Telephone call to Mike Goldberg, Esq.; Telephone call with Dick Kraut, Esq. | $375.00 | 0.50 | 187.50 |
| Jan-25-06 | DRC | Telephone call to Michael Rosen, Esq. re: case; Letter to Andre Zamarano, Esq. re: waiver and settlement meeting; Review of Utsick subpoena and telephone call to Michael Rosen, Esq. re: subpoena; Telephone call with Bill Nortman, Esq. | $375.00 | 1.10 | 412.50 |
| Jan-26-06 | DRC | Telephone calls with client re: case; Telephone call with Michael Rosen, Esq.; Telephone call with Bill Norman, Esq.; Telephone call with Teresa Verges, Esq. and to Dick Kraut, Esq. | $375.00 | 1.10 | 412.50 |
| Jan-27-06 | DRC | Meeting with Bill Nortman, Esq. and review of records; Telephone call with Michael Rosen, Esq., Michael Goldberg, Esq. and Richard Kraut, Esq. re: case | $375.00 | 3.40 | 1,275.00 |
| Jan-28-06 | DRC | Telephone call with Michael Rosen, Esq. re: case | $375.00 | 0.30 | 112.50 |
| Jan-29-06 | DRC | Telephone call with Dick Kraut, Esq. re: case | $375.00 | 0.50 | 187.50 |

PRIVILEGED & CONFIDENTIAL

| Jan-30-06 | DRC | Various telephone calls with Michael Rosen, Esq. and Dick Kraut, Esq. re: case and to Mike Goldberg, Esq. re: privileged accounant work-product documents; Telephone call with Yolanda Gonzalez, Esq. re: Jennifer Homan deposition; Telephone call with Jim Sallah, Esq. and Dan Newman, Esq. re: representation issues; Letter to Goldberg, Esq. re: accountant privilege issue; Telephone call with client | $375.00 | 3.10 | 1,162.50 |
| Jan-31-06 | DRC | Telephone calls with Dick Kraut, Esq. re: case and Jim Sallah, Esq. re: witness representation; Review of Kraut, Esq. comments re: letter to Goldberg, Esq.; Office conference with Kraut, Esq. and MIchael Rosen, Esq. re: case; Revisions to letter to Goldberg, Esq.; Review of SEC proposed Consent and Judgment; Telephone call to Bill Nortman, Esq. re: access to documents; Telephone call to Michael Goldberg, Esq. | $375.00 | 2.20 | 825.00 |

*PRIVILEGED & CONFIDENTIAL*

|  |  |  |  | 59.90 | $22,462.50 |
| --- | --- | --- | --- | --- | --- |
| | | Total Fees | | | |

## COSTS ADVANCED

| Jan-06-06 | David R. Chase Parking | 4.50 |
| --- | --- | --- |
| Jan-31-06 | Expense Recovery | 267.75 |
| | David R. Chase Parking | 9.00 |
| | Totals | $281.25 |

| **Total Fees & Disbursements** | **$22,743.75** |
| --- | --- |
| Retainers Applied | 22,743.75 |
| **Balance Now Due** | **$0.00** |

### Please make check payable to David R. Chase, P.A.

| Retainer Balance | $2,256.25 |
| --- | --- |

TAX ID Number      20-0063939

## PAYMENT DETAILS

Jan-03-06        Retainer - nonrefundable                                25,000.00

        **Total Payments**                                            **$25,000.00**

PRIVILEGED & CONFIDENTIAL

PRIVILEGED & CONFIDENTIAL

# David R. Chase, P.A.
Wachovia Center - Penthouse
1909 Tyler Street
Hollywood, FL 33020

Ph:(954) 920-7779          Fax:(954) 923-5622

Jack Utsick                                                          March 8, 2006
119 Washington Avenue                            File #:        1131.01
Suite 502                                                Inv #:           749
Miami Beach, Florida 33139

**Attention:**   Mr. Jack Utsick

**RE:**     Defense of SEC Investigation

| DATE | | DESCRIPTION | RATE | HOURS | FEE |
|------|---|-------------|------|-------|-----|
| Feb-01-06 | DRC | Travel to and review of privileged accountant documents at Berger Epstein; Telephone calls with Michael Goldberg, Esq., Michael Rosen, Esq. and client | $375.00 | 3.50 | 1,312.50 |
| Feb-02-06 | DRC | Telephone call with Richard Serafini, Esq. and Dick Kraut, Esq. re: case | $375.00 | 0.40 | 150.00 |
| Feb-03-06 | DRC | Travel to and meeting with Dick Kraut, Esq. for preparation for SEC settlement meeting; Meeting with SEC; Conference call with client, Dick Kraut, Esq. and Michael Rosen, Esq. | $375.00 | 8.00 | 3,000.00 |
| Feb-04-06 | DRC | Drafting of memo to client re: SEC meeting; Telephone call with client | $375.00 | 0.80 | 300.00 |
| Feb-06-06 | DRC | Telephone calls with client | $375.00 | 0.20 | 75.00 |
| Feb-07-06 | DRC | Review of revised SEC settlement papers; Telephone call with Russel Forkey, Esq.; Review of various e-mails re: case; Telephone call with Dick Kraut, Esq. re: settlement papers; Telephone call to Mike Goldberg, Esq. | $375.00 | 1.40 | 525.00 |
| Feb-08-06 | DRC | Telephone call with client; Review of various e-mails re: consent language; Conference call with defense counsel and client; Telephone call with Mike Goldberg, Esq. | $375.00 | 1.60 | 600.00 |

PRIVILEGED & CONFIDENTIAL

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Feb-09-06 | DRC | Telephone call with Dick Kraut, Esq. re: case; Review of revised SEC settlement papers; Telephone call with client re: case; E-mail to SEC re: conference call | $375.00 | 0.70 | 262.50 |
| Feb-10-06 | DRC | Telephone call to Michael Rosen, Esq. re: case; Telephone calls with Dick Kraut, Esq. re: SEC revised papers; Conference call with SEC | $375.00 | 3.30 | 1,237.50 |
| Feb-13-06 | DRC | Telephone calls with Michael Rosen, Esq. re: case; Telephone calls with Dick Kraut, Esq. re: case; Review of revised settlement papers; Telephone call with client re: settlement papers | $375.00 | 1.50 | 562.50 |
| Feb-14-06 | DRC | Telephone call with Dick Kraut, Esq. re: settlement | $375.00 | 0.30 | 112.50 |
| Feb-15-06 | DRC | Telephone call with Michael Rosen, Esq. re: case | $375.00 | 0.10 | 37.50 |
| Feb-16-06 | DRC | Review of client's proposed monthly living expenses; Telephone call with Dick Kraut, Esq. re: living expense budget; Review of Michael Rosen, Esq. letter to Goldberg, Esq. | $375.00 | 0.20 | 75.00 |
| Feb-17-06 | DRC | Telephone call with Dick Kraut, Esq. re: case status and proposed living expenses | $375.00 | 0.10 | 37.50 |
| Feb-22-06 | DRC | Review of various e-mails re: case | $375.00 | 0.10 | 37.50 |
| Feb-23-06 | DRC | Review of e-mails re: case | $375.00 | 0.10 | 37.50 |
| Feb-27-06 | DRC | Telephone call with Dick Kraut, Esq. re: case status; Telephone call with Yolanda Gonzalez, Esq. re: case | $375.00 | 0.40 | 150.00 |
| Feb-28-06 | DRC | Telephone call with client and review of e-mails re: case | $375.00 | 0.20 | 75.00 |
| | | Total Fees | | 22.90 | $8,587.50 |

## COSTS ADVANCED

| | | | |
|---|---|---|---|
| Feb-28-06 | Expense Recovery | | 257.63 |
| | Totals | | $257.63 |

PRIVILEGED & CONFIDENTIAL

|  |  |
|---|---|
| **Total Fees & Disbursements** | $8,845.13 |
| Retainers Applied | 8,845.13 |
| **Balance Now Due** | $0.00 |

**Please make check payable to David R. Chase, P.A.**

TAX ID Number    20-0063939

**PAYMENT DETAILS**

| Feb-15-06 | Retainers Carried Forward | 2,256.25 |
|---|---|---|
| Feb-28-06 | Transfer of Retainer Funds | 6,588.88 |
|  | **Total Payments** | $8,845.13 |

PRIVILEGED & CONFIDENTIAL

## TRUST STATEMENT

| | | Disbursements | Receipts |
|---|---|---|---|
| Feb-28-06 | Received From: John P. Utsick<br>Retainer | | 10,000.00 |
| | Paid To: David R. Chase, P.A.<br>Transfer of Retainer Funds | 6,588.88 | |
| | Total Trust | $6,588.88 | $10,000.00 |
| | **Trust Balance** | | **$3,411.12** |

PRIVILEGED & CONFIDENTIAL

# David R. Chase, P.A.
Wachovia Center - Penthouse
1909 Tyler Street
Hollywood, FL 33020

Ph:(954) 920-7779          Fax:(954) 923-5622

Jack Utsick                                          April 7, 2006
119 Washington Avenue                    File #:        1131.01
Suite 502                                       Inv #:            765
Miami Beach, Florida 33139

**Attention:**   Mr. Jack Utsick

**RE:**      Defense of SEC Investigation

| DATE | | DESCRIPTION | RATE | HOURS | FEE |
|------|---|-------------|------|-------|-----|
| Mar-01-06 | DRC | Telephone call and letter to Yolanda Gonzalez, Esq. re: client Consent | $375.00 | 0.20 | 75.00 |
| Mar-03-06 | DRC | Review of draft SEC Complaint and e-mail re: case; e-mail to Dick Kraut, Esq. re: case | $375.00 | 0.30 | 112.50 |
| Mar-08-06 | DRC | Telephone call with Dick Kraut, Esq. re: revisions to SEC Complaint | $375.00 | 0.10 | 37.50 |
| Mar-09-06 | DRC | Review of proposed revisions to SEC Complaint; Telephone call with Dick Kraut, Esq. re: proposed revisions; Letter to Yolanda Gonzalez, Esq. re: proposed revisions to SEC Complaint; Telephone call to Richard Serafini, Esq. re: news letters; Letter to Yolanda Gonzalez, Esq. re: proposed revisions to SEC Complaint | $375.00 | 1.10 | 412.50 |
| Mar-10-06 | DRC | E-mails to Dick Kraut, Esq. re: meeting with SEC re: proposed revisions to Complaint; E-mail to Yolanda Gonzalez, Esq. re: conference call | $375.00 | 0.20 | 75.00 |
| Mar-12-06 | DRC | Review of e-mails from SEC and Dick Kraut, Esq. re: revisions to complaint | $375.00 | 0.10 | 37.50 |
| Mar-13-06 | DRC | Preliminary review of newsletters and letter to Dick Kraut, Esq. re: newsletters | $375.00 | 0.30 | 112.50 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Mar-15-06 | DRC | Telephone call with Dick Kraut, Esq. and to Yolanda Gonzalez, Esq. re: proposed revisions to SEC Complaint | $375.00 | 0.20 | 75.00 |
| Mar-16-06 | DRC | Telephone calls with Michael Rosen, Esq., client, Yolanda Gonzalez, Esq., Dick Kraut, Esq. and Teresa Verges, Esq. re: Consent and proposed revisions to Complaint; Letter to Teresa Verges, Esq. re: enclosure of Consent | $375.00 | 1.20 | 450.00 |
| Mar-17-06 | DRC | Telephone call with client re: case | $375.00 | 0.20 | 75.00 |
| Mar-20-06 | DRC | Telephone call to client | $375.00 | 0.10 | 37.50 |
| Mar-22-06 | DRC | Telephone call with Dick Kraut, Esq. and to Teresa Varegs, Esq. re: complaint language issue | $375.00 | 0.20 | 75.00 |
| Mar-23-06 | DRC | Telephone call to Bob Levenson, Esq., David Nelson, Esq. and Dick Kraut, Esq. | $375.00 | 0.20 | 75.00 |
| Mar-27-06 | DRC | Telephone call to Dave Nelson, Esq. (SEC) re: complaint language | $375.00 | 0.10 | 37.50 |
| Mar-28-06 | DRC | Telephone call to Dave Nelson, Esq. re: complaint language; Telephone call with Dick Kraut, Esq. | $375.00 | 0.20 | 75.00 |
| Mar-30-06 | DRC | Telephone calls with Dave Nelson, Esq. (SEC) and Dick Kraut, Esq. re: complaint language | $375.00 | 0.30 | 112.50 |
| | | Total Fees | | 5.00 | $1,875.00 |

## COSTS ADVANCED

| Mar-31-06 | Exec2000 Courier | 78.20 |
|---|---|---|
| | Exec2000 Courier | |
| | Federal Express | 28.24 |
| | Federal Express | |
| | Expense Recovery | 56.25 |
| | Expense Recovery | |
| | Totals | $162.69 |

| **Total Fees & Disbursements** | **$2,037.69** |
|---|---|
| Retainers Applied | 2,037.69 |

PRIVILEGED & CONFIDENTIAL

Balance Now Due

$0.00

Please make check payable to David R. Chase, P.A.

TAX ID Number     20-0063939

## PAYMENT DETAILS

Mar-31-06      Transfer of Retainer Funds                              2,037.69

Total Payments                              $2,037.69

PRIVILEGED & CONFIDENTIAL

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| | Trust Balance Forward | | 3,411.12 |
| Mar-31-06 | Paid To: David R. Chase, P.A.<br>Transfer of Retainer Funds | 2,037.69 | |
| | Total Trust | $2,037.69 | $3,411.12 |
| | **Trust Balance** | | **$1,373.43** |

PRIVILEGED & CONFIDENTIAL

# David R. Chase, P.A.
### Wachovia Center - Penthouse
1909 Tyler Street
Hollywood, FL 33020

Ph:(954) 920-7779          Fax:(954) 923-5622

Jack Utsick                                          May 5, 2006
119 Washington Avenue                    File #:        1131.01
Suite 502                                          Inv #:            784
Miami Beach, Florida 33139

**Attention:**   Mr. Jack Utsick

**RE:**      Defense of SEC Investigation

| DATE | | DESCRIPTION | RATE | HOURS | FEE |
|------|------|-------------|------|-------|-----|
| Apr-03-06 | DRC | Review of press release; Telephone call to Dick Kraut, Esq. re: press release | $375.00 | 0.50 | 187.50 |
| Apr-05-06 | DRC | Review of e-mail from Dick Kraut, Esq. re: discussions with SEC re: complaint language | $375.00 | 0.10 | 37.50 |
| Apr-06-06 | DRC | Review of letter to SEC Commission re: complaint language; Telephone call with Dick Kraut, Esq. re: letter to SEC Commission | $375.00 | 0.20 | 75.00 |
| Apr-12-06 | DRC | Review of final draft of press release | $375.00 | 0.10 | 37.50 |
| Apr-13-06 | DRC | Telephone call with client | $375.00 | 0.30 | 112.50 |
| Apr-17-06 | DRC | Telephone calls with Dick Kraut, Esq. re: consent and press release; Review of various e-mails; Review of revised press release; Review of SEC filed litigation papers; Telephone call with SEC re: Commission's approval of complaint; E-mail to Kraut, Esq. re: same | $375.00 | 1.80 | 675.00 |
| Apr-19-06 | DRC | Review of various e-mails re: SEC language issues | $375.00 | 0.20 | 75.00 |
| Apr-24-06 | DRC | Review of letter to New York Post | $375.00 | 0.10 | 37.50 |
| Apr-25-06 | DRC | Telephone call with Dick Kraut, Esq. re: status conference before Judge Huck | $375.00 | 0.10 | 37.50 |

PRIVILEGED & CONFIDENTIAL

|  | Total Fees |  | 3.40 | $1,275.00 |
|---|---|---|---|---|

## COSTS ADVANCED

| Apr-30-06 | Expense Recovery |  | 32.63 |
|---|---|---|---|
|  | Totals |  | $32.63 |

| **Total Fees & Disbursements** |  | **$1,307.63** |
|---|---|---|
| Retainers Applied |  | 1,307.63 |
| **Balance Now Due** |  | **$0.00** |

### Please make check payable to David R. Chase, P.A.

TAX ID Number    20-0063939

## PAYMENT DETAILS

| Apr-30-06 | Transfer of Retainer Funds |  | 1,307.63 |
|---|---|---|---|
|  | **Total Payments** |  | **$1,307.63** |

## TRUST STATEMENT

PRIVILEGED & CONFIDENTIAL

|              |                                                               | Disbursements | Receipts   |
|--------------|---------------------------------------------------------------|---------------|------------|
|              | Trust Balance Forward                                         |               | 1,373.43   |
| Apr-30-06    | Paid To: David R. Chase, P.A.<br>Transfer of Retainer Funds   | 1,307.63      |            |
|              | Total Trust                                                   | $1,307.63     | $1,373.43  |
|              | **Trust Balance**                                             |               | **$65.80** |

PRIVILEGED & CONFIDENTIAL

# David R. Chase, P.A.
Wachovia Center - Penthouse
1909 Tyler Street
Hollywood, FL 33020

Ph: (954) 920-7779    Fax: (954) 923-5622

Jack Utsick                                             July 10, 2006

119 Washington Avenue              File #:      1131.01
Suite 502                          Inv #:          805
Miami Beach, Florida 33139
**Attention:**   Mr. Jack Utsick

**RE:**   Defense of SEC Investigation

| DATE | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|
| May-05-06DRC | Telephone calls with Dick Kraut, Esq.; Review of proposed motion for extension of time and order; Telephone call to Andre Zamarano, Esq.; Telephone call with Bob Levenson, Esq. re: extension of time; Revisions to proposed motion and order re: extension of time; E-mails to Kraut, Esq. and Levenson, Esq. proposed motion and order | $375.00 | 1.40 | 525.00 |
| May-09-06DRC | Telephone call to Alise Johnson, Esq. re: case | $375.00 | 0.10 | 37.50 |
| May-10-06DRC | Review and revisions to motion for pro hac vice and order | $375.00 | 0.50 | 187.50 |
| May-11-06DRC | Review of Court Order granting extension on accounting | $375.00 | 0.10 | 37.50 |
| May-16-06DRC | Review of e-mails re: case issues; Telephone calls with Dick Kraut, Esq. re: case issues; Telephone calls with Joe Considine, Esq. re: alimony issue; Telephone calls with Alise Johnson, Esq. re: motion for pro hac vice and alimony issue; Revisions to motion and proposed order re: pro hac vice | $375.00 | 1.40 | 525.00 |
| May-18-06DRC | Review of Sworn Accountings of Yeagers | $375.00 | 0.10 | 37.50 |
| May-19-06DRC | Telephone call to Joseph Considine, Esq. re: motion re: alimony payment | $375.00 | 0.10 | 37.50 |

805

PRIVILEGED & CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| May-21-06DRC | Drafting of Motion to Modify Asset Freeze re: alimony payment, and proposed Order; Legal research in support of motion; E-mail to Dick Kraut, Esq. re: motion and proposed Order | $375.00 | 3.10 | 1,162.50 |
| May-22-06DRC | Telephone call to counsel for Maria Utsick re: motion for modification of asset freeze | $375.00 | 0.10 | 37.50 |
| May-23-06DRC | Review of and revisions to Motion to Modify Asset Freeze; Review of client financial disclosures; Telephone calls with David Turner, CPA re: case; Telephone calls with Dick Kraut, Esq. re: Motion to Modify Asset Freeze and accounting; Review of e-mails re: case | $375.00 | 0.90 | 337.50 |
| May-24-06DRC | Drafting of and revisions to Notice of Filing Unsworn Accounting Per Permanent Injunction; Telephone call to Richard Kraut, Esq. re: same; E-mail to Richard Kraut, Esq. and David Turner, Esq. re: accounting; Review and preparation of client's SEC Financial Disclosure Form and attachments; Drafting of cover letter requesting confidential treatment of enclosed client financial information; Telephone call to client re: financial disclosures; Telephone call to counsel for Maria Utsick re: Motion to Modify Asset Freeze; Telephone call with Mike Goldberg, Esq. re: alimony modification; Telephone call to Alise Johnson, Esq. re: client financial disclosure; Revision to Motion to Modify Asset Freeze | $375.00 | 2.80 | 1,050.00 |
| May-25-06DRC | E-mail to Dick Kraut, Esq. re: case issue; Telephone calls with Dick Kraut, Esq. re: case issues; Telephone call to Mike Goldberg, Esq. re: client financial disclosure | $375.00 | 0.80 | 300.00 |
| DR C | E-mail to Kraut, Esq. re: additional accounting | $375.00 | 0.10 | 37.50 |
| May-30-06DRC | Review of e-mails re: case; Telephone calls with Dick Kraut, Esq. and Alise Johnson, Esq. re: extension to file accounting; E-mail to Kraut, Esq. re: deadlines under Permanent Injunction; Review of e-mail from Mike Goldberg, Esq. re: prior litigation | $375.00 | 0.70 | 262.50 |
| May-31-06DRC | Telephone call with client and Dick Kraut, Esq. re: meeting; Travel to and attendance at | $375.00 | 3.50 | 1,312.50 |

meeting with client and plaintiffs' counsel

| | | | | |
|---|---|---|---|---|
| Jun-01-06DRC | Review of Dick Kraut, Esq. e-mail re: accounting; Review of accounting provisions and telephone call with Dick Kraut, Esq. re: accounting | $375.00 | 0.20 | 75.00 |
| Jun-02-06DRC | Review of various e-mails re: case | $375.00 | 0.20 | 75.00 |
| Jun-05-06DRC | Drafting of motion and proposed order re: extension on accounting; E-mail to Dick Kraut, Esq. re: updated Washington Mutual statement; E-mail response to Michael Rosen, Esq.; Telephone call to client re: accounting issue; Revision to Motion re: extension on accounting | $375.00 | 0.90 | 337.50 |
| Jun-06-06DRC | Review of client e-mail | $375.00 | 0.10 | 37.50 |
| Jun-08-06DRC | Telephone call with client and to Dick Kraut, Esq. re: sworn accounting | $375.00 | 0.20 | 75.00 |
| Jun-09-06DRC | Telephone call with Dick Kraut, Esq. re: accounting and e-mail to David Turner re: accounting; Preparation for filing and review of Notice of Filing Sworn Accounting | $375.00 | 0.30 | 112.50 |
| Jun-12-06DRC | Telephone call with client and Court re: hearing on motion to modify asset freeze; Telephone call to counsel for Maria Utsick re: modification motion; Review of various e-mails re: case, including proposed court-ordered accounting; E-mail to client re: accounting; Review of letter from Kraut, Esq. to SEC re: documents re: reasonable living expenses | $375.00 | 0.70 | 262.50 |
| Jun-13-06DRC | E-mail to Dick Kraut, Esq. re: reply memorandum; Drafting of Notice of Filing Sworn Accounting per Court Order; Review of SEC Response to Motion to Modify Asset Freeze; Telephone call with Dick Kraut, Esq. re: case; Telephone call to counsel for Maria Utsick; Telephone calls with client re: case | $375.00 | 1.20 | 450.00 |
| Jun-14-06DRC | Telephone calls with Dick Kraut, Esq. re: Motion to Enjoin Prosecution and reply memorandum re: motion to modify asset freeze; Review of Motion to Enjoin Prosecution and preparation for filing; Telephone call with Richard Serafini, Esq. re: Motion to Enjoin Prosecution; Telephone call to counsel for Maria Utsick; Drafting of Reply to SEC Opposition to Motion to Modify Asset Freeze | $375.00 | 2.90 | 1,087.50 |

PRIVILEGED & CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Jun-15-06DRC | Telephone calls with Dick Kraut, Esq. re: reply memo re: alimony; Telephone calls with counsel for Maria Utsick and Court's Chambers re: court hearing; Review and filing of client sworn accounting; Revisions to reply memo; Drafting of letter to Court re: courtesy copy of reply memo; Telephone call with David Turner re: IRS deposit | $375.00 | 1.40 | 525.00 |
| Jun-16-06DRC | Telephone call and prior call with Jim Sallah, Esq. re: Maria Utsick | $375.00 | 0.20 | 75.00 |
| Jun-19-06DRC | Review of Receiver's response to Motion to Modify Asset Freeze; Telephone call with Zachary Hornsby, Esq. (Judge Huck's Clerk); Telephone calls with client re: court hearing on motion to modify asset freeze; Telephone call with Jim Sallah, Esq. re: hearing; Preparation for hearing on Motion to Modify Asset Freeze | $375.00 | 1.70 | 637.50 |
| Jun-20-06DRC | Travel to and meeting with Maria Utsick and her counsel, and attendance at hearing on Motion to Modify Asset Freeze | $375.00 | 3.40 | 1,275.00 |
| Jun-29-06DRC | Review of motion for final judgment in divorce case; Telephone call to counsel for Maria Utsick re: same | $375.00 | 0.20 | 75.00 |
| | Total Fees | | 29.30 | $10,987.50 |

## COSTS ADVANCED

| | | |
|---|---|---|
| May-16-06 | Clerk, United States District Court | 75.00 |
| | Filing Fee | |
| May-24-06 | Expense Recovery Federal Express | 15.55 |
| May-25-06 | Expense Recovery Federal Express | 20.32 |
| May-31-06 | Federal Express Federal Express | 15.55 |
| Jun-09-06 | Expense Recovery Federal Express | 9.45 |
| Jun-14-06 | Expense Recovery Federal Express | 53.07 |
| | Expense Recovery Courier Expense | 34.40 |
| Jun-15-06 | Expense Recovery | 29.40 |
| | Courier Expense | |

Totals                                                    $252.74

**Total Fees & Disbursements**                          **$11,240.24**

**Balance Now Due**                                     **$11,240.24**

**Please make check payable to David R. Chase, P.A.**

TAX ID Number          20-0063939

## TRUST STATEMENT

PRIVILEGED & CONFIDENTIAL
WORK PRODUCT

|                        | Disbursements | Receipts |
|------------------------|---------------|----------|
| Trust Balance Forward  |               | 65.80    |
| Total Trust            | $0.00         | $65.80   |
| **Trust Balance**      |               | **$65.80** |

805