UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20975-CIV-HUCK / SIMONTON

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

JOHN P. UTSICK, ROBERT YEAGER,
DONNA YEAGER, WORLDWIDE
ENTERTAINMENT, INC., THE
ENTERTAINMENT GROUP FUND, INC.,
AMERICAN ENTERPRISES, INC. and
ENTERTAINMENT FUNDS, INC.,

    Defendants.
_____/

ORDER GRANTING RECEIVER'S THIRD OMNIBUS MOTION
(AS AMENDED) FOR AUTHORITY TO PAY FEES AND EXPENSES
INCURRED BY PROFESSIONALS FOR THE PERIOD OF
SEPTEMBER 1, 2006 THROUGH DECEMBER 31, 2006

THIS CAUSE came before the Court without hearing, upon the Receiver's Third Omnibus Motion For Authority To Pay Fees And Expenses Incurred By Professionals For The Period Of September 1, 2006 Through December 31, 2006 (the "Third Omnibus Fee Motion") and the amendment to the Third Omnibus Fee Motion (jointly referred to as the Third Omnibus Fee Motion As Amended") voluntarily reducing the total amount of fees and costs requested by Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"). In the Third Omnibus Fee Motion, the Receiver seeks authority to pay the fees and expenses incurred by Akerman Senterfitt; Kluger, Peretz, Kaplan & Berlin P.L. ("KPKB") (Akerman Senterfitt and KPKB are jointly referred to as

"Primary Counsel"); Pillsbury; and Crisis Management Inc. ("CMI") (Pillsbury and CMI are jointly referred to as the "Secondary Professionals") for the period of September 1, 2006 through December 31, 2006. The Court, having conducted a careful review of the Third Omnibus Fee Motion As Amended and its attachments, with particularly close attention given to the experience of the professionals the Receiver has employed, the amount of time the professionals spent on the various tasks that were performed, and the reduction to the billing rates taken by Primary Counsel, having been advised that there are no objections to the Third Omnibus Fee Motion As Amended, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Third Omnibus Fee Motion As Amended is GRANTED.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the terms set forth in the Order Granting In Part Receiver's Second Omnibus Motion For Authority To Pay Fees And Expenses Incurred By Professionals For The Period Of June 1, 2006 Through August 31, 2006 Primary Counsel is subject to a holdback of one-third (1/3) of their allowed fees until further Order of this Court. Accordingly:

The Court approves the fees requested by Akerman Senterfitt in the Third Omnibus Fee Motion in full, however, the Receiver is authorized to pay Akerman Senterfitt the sum of $233,881.00 representing two-thirds of their requested fees. The remaining one-third of fees ($116,940.50) shall be held back for consideration of distribution by the Court at a future date. The Court approves the costs requested by Akerman Senterfitt in the Third Omnibus Fee Motion in full, and the Receiver is authorized to pay Akerman Senterfitt $13,206.65 in expenses, for a total payment of fees and costs in the amount of $247,084.65.

The Court approves the fees requested by KPKB in the Third Omnibus Fee Motion in full, however, the Receiver is authorized to pay KPKB the sum of $77,001.20 representing two-thirds of their requested fees. The remaining one-third of fees ($38,500.60) shall be held back for consideration of distribution by the Court at a future date. The Court approves the costs requested by KPKB in the Third Omnibus Fee Motion in full, and the Receiver is authorized to pay KPKB $2,155.29 in expenses, for a total payment of fees and costs in the amount of $79,156.49.

The Court approves the fees and costs requested by CMI in the Third Omnibus Fee Motion in full. The Receiver is authorized to pay CMI the sum of $67,285.00 in fees and $5,769.12 in expenses for a total of $73,054.12.

The Court approves the fees and costs requested by Pillsbury in the Third Omnibus Fee Motion As Amended. The Receiver is authorized to pay Pillsbury the total sum of $41,000.00.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida this _23_ day of _March_, 2007.

PAUL C. HUCK
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All counsel of record

**Conformed copies to:**

Joan Levit, Esq.
Akerman Senterfitt
Las Olas Centre II- Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Tel:    (954) 463-2700
Fax:   (954) 463-2224
E-Mail: joan.levit@akerman.com
*Counsel for Receiver*

Alise M. Johnson
Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
(305) 982-6322 (Direct Dial)
(305) 982-6300 (Telephone)
(305) 536-4154 (Facsimile)
E-Mail: johnsona@sec.gov
*Counsel for Plaintiff*

Richard Kraut, Esq.
Dilworth Paxson LLP
1133 Connecticut Ave, N.W., Suite 620
Washington, DC 20036
(202) 452-0900 (Telephone)
(202) 452-0930 (Facsimile)
*Counsel for Jack P. Utsick*

David R. Chase, Esq.
David R. Chase, P.A.
Wachovia Center – Penthouse
1909 Tyler Street
Hollywood, Florida 33020
(954) 920-7779 (Telephone)
(954) 923-5622 (Facsimile)
E-Mail: david@davidchaselaw.com
*Counsel for Jack P. Utsick*

Richard A. Serafini, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Blvd., Suite 2000
Ft. Lauderdale, Florida 33301

Howard J. Berlin, Esq.
Kluger Peretz, Kaplan, et al.
201 South Biscayne Blvd. – 17th Floor
Miami, Florida 33131
(305) 379-9000 (Telephone)
(305) 379-3428 (Facsimile)
Email: hberlin@kpkb
*Counsel for Receiver*

David M. Levine, Esq.
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
(305) 536 – 1112 (Telephone)
(305) 536 – 1116 (Facsimile)
Email: dml@tewlaw.com
*Counsel for First Source Bank*

(954) 768-8256 (Direct)
(954) 765-0500 (Telephone)
(954) 765-1477 (Facsimile)
***Counsel for Robert Yeager, Donna Yeager***
***American Enterprises, Inc. and Entertainment Funds, Inc.***