## THE BRAUD COMPANY

3316 Florida Ave., Ste 202
Kenner, LA 70065-3645
(504) 468-6800
Fax: (504) 468-6811

# INVOICE

**BILL TO:**
Three Thumbs Up, LLC
141 Fashion Blvd.
Hahnville, LA 70057

DATE April 19, 2007

**REMIT TO:**
Frances J. Landry
1507 Severn Ave.
Metairie, LA 70001

| DATE | SERVICE DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| April 19, 2007 | Land Lease – Lot 1-B-2 Fairview Plantation Subdivision. 10363 West Airline Hwy, St. Rose 70087 **Due April 1, 2007** | 1 year | $13,200.00 | $13,200.00 |
| | Late Fee 5% of annual rent after April 15, 2007 | | | 660.00 |

**TOTAL DUE** $13,860.00

MAKE CHECKS PAYABLE TO and MAIL TO:
Frances J. Landry
c/o Silvia Landry
1507 Severn Ave.
Metairie, LA 70001


EXHIBIT 1