**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 06-20975-CIV-HUCK/SIMONTON**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**v.**

**JOHN UTSICK,**
**ROBERT YEAGER,**
**DONNA YEAGER,**
**WORLDWIDE ENTERTAINMENT, INC.,**
**THE ENTERTAINMENT GROUP FUNDS, INC.**
**AMERICAN ENTERPRISES, INC., and**
**ENTERTAINMENT FUNDS, INC.,**

        **Defendants,**

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Securities and Exchange Commission, pursuant to Rule 41(a), of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal as to the Commission's claims for disgorgement and civil penalty against Defendants American Enterprises, Inc., and Entertainment Funds, Inc.

Respectfully submitted,

August 19, 2010        By:    s/Robert K. Levenson
                              Robert K. Levenson
                              Regional Trial Counsel
                              Florida Bar No. 0089771
                              Attorney for Plaintiff
                              Securities and Exchange Commission
                              801 Brickell Avenue, Suite 1800
                              Miami, Florida  33131
                              Telephone: (305) 982-6341
                              Facsimile:   (305) 536-4154
                              levensonr@sec.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 19, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Robert K. Levenson
Robert K. Levenson

## SERVICE LIST

Securities and Exchange Commission v. Jack Utsick, et al.
Case No. 06-20975-CIV-HUCK
United States District Court, Southern District of Florida

Richard Kraut, Esq.
Dilworth Paxson LLP
655 Fifteenth Street, NW
Suite 810
Washington, DC  20005
Telephone:  202/452-0900
Facsimile:  202/452-0930
Counsel for John P. Utsick
Service by CM/ECF Electronic Notice

David R. Chase, Esq.
David R. Chase, P.A.
1700 E Las Olas Blvd Ph 2
Fort Lauderdale Florida 33301-2407
Telephone:  (954) 920-7779
Facsimile:  (954) 923-5622
Co-counsel for John P. Utsick
Service by CM/ECF Electronic Notice

Richard A. Serafini, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Ft. Lauderdale, FL 33301
Telephone:  954/765-0500
Facsimile:  954/765-1477
Counsel for Robert Yeager, Donna Yeager,
American Enterprises, Inc., and Entertainment Funds, Inc.
Service by CM/ECF Electronic Notice

Michael I. Goldberg, Esq.
Akerman Senterfitt
350 East Las Olas Boulevard, Ste. 1600
Fort Lauderdale, Florida 33301
Telephone:  954/468-2444
Facsimile:  954/463-2224
Receiver for Worldwide Entertainment, Inc. and
The Entertainment Group Fund, Inc.
Service by CM/ECF Electronic Notice

Bryan T. West, Esq.
Tew Cardenas LLP
1441 Brickell Avenue, 15th Floor
Miami, Florida  33131
Telephone: 305/536-1112
Facsimile: 305-536-1116
Special Counsel for the Receiver
Service by CM/ECF Electronic Notice