# TEW·CARDENAS LLP
## ATTORNEYS AT LAW

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Michael I. Goldberg, Receiver
Akerman Senterfitt
Las Olas Centre II
Suite 1600
350 East Las Olas Boulevard
Ft. Lauderdale, Florida 33301-2229

December 1, 2010
Bill # 46866
03520.002

MATTER: Paris Hilton, et al

## Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 09/02/10 BTW | 2 telephone conferences with M. Goldberg regarding Court's ruling; reviewed Court's ruling. | 0.60 | 216.00 |
| 09/03/10 BTW | Telephone conference with M. Weinsten regarding ruling; e-mail to M. Goldberg regarding Weinsten; telephone conference with M Goldberg and M. Weinsten regarding settling; telephone conference with M. Goldberg regarding Weinsten. | 1.10 | 396.00 |
| 09/03/10 TGS | Emails to and from B. West re remaining discovery on damage issues | 0.30 | 108.00 |
| 09/15/10 BTW | E-mails with M. Goldberg regarding supplemental report requested by Court; left messages for D. Nolte and M. Weinsten; telephone conference with D. Nolte regarding supplemental opinion; telephone conference with M. Weinsten regarding settlement. | 0.60 | 216.00 |
| 09/15/10 TGS | Receipt and review of various emails re settlement and related matters; conferences with B. West re same | 0.20 | 72.00 |
| 09/16/10 BTW | Reviewed Hilton settlement offer; e-mails with M. Goldberg regarding settlement and expert; e-mail to Weinsten regarding settlement. | 0.40 | 144.00 |
| 09/16/10 TGS | Receipt and review of various emails to and from M. Goldberg, B. West and A. Thomson; response to same | 0.20 | 72.00 |
| 09/17/10 ABT | Emails with B. West and T. Schultz regarding settlement. Draft settlement documents. | 0.90 | 193.50 |
| 09/20/10 ABT | Emails with B. West regarding settlement. Prepare settlement between Receiver and Defendants. | 0.80 | 172.00 |

## Professional Fees Continued...

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 09/21/10 TGS | Review of various emails to and from M. Goldberg and opposing counsel re settlement; conference with B. West re documentation of same; review of emails to and from A. Thompson re same | 0.40 | 144.00 |
| 09/21/10 ABT | Emails with client and B. West regarding settlement and releases. | 0.30 | 64.50 |
| 09/21/10 TGS | Review of various emails from A. Thompson and B. West re settlement documentation | 0.10 | 36.00 |
| 09/22/10 ABT | Draft settlement agreement between the Receiver and Hilton. Draft full general release for execution by Receiver. Draft full general release for execution by Hilton. Email settlement documents to T. Schultz and B. West for comment. Revise settlement documents for confidentiality purposes. Call with B. West to discuss revisions to settlement documents. | 2.40 | 516.00 |
| 09/24/10 ABT | Revise settlement documents. Emails with B. West regarding settlement documents. Edit settlement documents per B. West. Send documents to client for review. | 1.40 | 301.00 |
| 09/24/10 TGS | Receipt and review of drafts of settlement documents from A. Thomson; conference re same | 0.30 | 108.00 |
| 09/27/10 ABT | Emails with B. West regarding settlement. Emails with client regarding settlement. Emails with opposing counsel regarding settlement. Revise settlement documents and forward documents to opposing counsel. | 1.20 | 258.00 |
| 09/27/10 TGS | Receipt and review of various emails to and from B. West, M. Goldberg and A. Thomson re settlement; review and approval of various settlement documents; conference with A. Thomson re same | 0.70 | 252.00 |
| 09/29/10 BTW | Telephone conference with M. Goldberg regarding Weinsten comments on settlement; e-mails to M. Weinsten regarding settlement issues. | 0.60 | 216.00 |
| 09/29/10 ABT | Call from Defendants' counsel regarding settlement. Meet with B. West regarding settlement. Emails with Defendants' counsel regarding settlement. Meet with T. Schultz regarding settlement. | 0.60 | 129.00 |
| 09/30/10 BTW | Reviewed Hilton revisions to settlement papers. | 0.50 | 180.00 |
| 10/01/10 ABT | Emails with opposing counsel regarding settlement. Emails with client regarding settlement documents. | 0.30 | 64.50 |

## Professional Fees Continued...

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/10 | BTW | Revised settlement agreement; responded to Weinsten & Goldberg e-mails on settlement. | 0.90 | 324.00 |
| 10/04/10 | BTW | Responded to Weinsten settlement e-mail. | 0.10 | 36.00 |
| 10/05/10 | BTW | E-mails with M. Weinsten regarding settlement; reviewed release received from M. Goldberg. | 0.30 | 108.00 |
| 10/05/10 | TGS | Receipt and review of various emails re status and funding of settlement to and from M. Goldberg | 0.10 | 36.00 |
| 10/06/10 | BTW | Reviewed latest settlement drafts. | 0.20 | 72.00 |
| 10/07/10 | TGS | Receipt and review of email and stipulation for dismissal to be approved by Judge Moreno; review of cited Federal Rules of Civil Procedure re same; email to B. West and Michael Goldberg re Judge Huck's approval rather than Judge Moreno; receipt and review of email from B. West re same | 0.80 | 288.00 |
| 10/07/10 | ABT | Draft joint stipulation for settlement. Emails with B. West and client regarding stipulation. Emails with opposing counsel regarding settlement. | 1.20 | 258.00 |
| 10/07/10 | BTW | Reviewed revised drafts of settlement papers; revised stipulation of dismissal; e-mails with M. Goldberg regarding settlement papers. | 0.80 | 288.00 |
| 10/08/10 | ABT | Call with opposing counsel to Judge Moreno's chambers regarding settlement. | 0.30 | 64.50 |
| 10/08/10 | TGS | Review of emails re status of settlement and conference with Judge Moreno's office re same; conference with A. Thomson re same | 0.20 | 72.00 |
| 10/13/10 | BTW | E-mails to Weinsten regarding settlement. | 0.10 | 36.00 |
| 10/14/10 | BTW | Telephone conference with M. Weinsten and Judge Moreno's clerk regarding settlement; drafted notice of settlement; reviewed dismissal order. | 0.40 | 144.00 |
| 10/15/10 | BTW | E-mails with M. Weinsten and M. Goldberg regarding settlement. | 0.10 | 36.00 |
| 10/20/10 | BTW | Telephone conference with M. Goldberg regarding finalizing settlement. | 0.10 | 36.00 |
| 10/22/10 | TGS | Receipt and review of emails to and from M. Goldberg re settlement and related matters | 0.10 | 36.00 |
| 10/27/10 | BTW | E-mails to M. Goldberg and M. Weinsten regarding settlement approval. | 0.10 | 36.00 |

## Professional Fees Continued...

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 11/03/10 BTW | Reviewed settlement order and motion; telephone conference with M. Goldberg regarding settlement. | 0.30 | 108.00 |
| 11/04/10 BTW | Responded to Weinsten e-mail on ▓▓▓▓ | 0.10 | 36.00 |
| 11/11/10 BTW | Reviewed protective order issues in light of settlement of case; e-mail to Weinsten regarding settlement finalization; e-mail to expert regarding return of documents. | 0.30 | 108.00 |
| 11/12/10 TGS | Receipt and review of emails re winding up case and court ordered destruction of files; conference with B. West re same | 0.20 | 72.00 |
| 11/16/10 NP | Review boxes for destruction of confidential Hilton documents to comply with Order by Judge Huck. | 4.00 | 560.00 |
| 11/16/10 BTW | Supervise destruction of Hilton confidential documents per Judge Huck's Order. | 0.20 | 72.00 |
| 11/17/10 NP | Continue reviewing boxes and binders for destruction of Hilton documents to comply with Judge Huck's Order. | 3.80 | 532.00 |
| 11/17/10 BTW | Two telephone conferences with M. Weinsten regarding ▓▓▓▓ | 0.10 | 36.00 |
| 11/18/10 NP | Review of files and boxes for destruction of Hilton confidential documents as ordered by Judge Huck. | 2.00 | 280.00 |
| 11/18/10 BTW | Reviewed destruction of confidential materials per Judge Huck Order. | 0.20 | 72.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Nancy Perez | 9.80 | 1,372.00 |
| Thomas G. Schultz | 3.60 | 1,296.00 |
| Andrew B. Thomson | 9.40 | 2,021.00 |
| Bryan T. West | 8.10 | 2,916.00 |
| **Total Fees** | **30.90** | **$7,605.00** |

### Costs

| Description | Amount |
|---|---|

## Costs

| Description | Amount |
|---|---|
| Postage thru 12/10/10 | 0.00 |
| In House Duplicating thru 12/10/10 | 1.20 |
| L/D Phone Calls thru 12/10/10 | 1.53 |
| Color Copies thru 12/10/10 | 0.00 |
| Messenger - Outside thru 12/10/10 | 7.50 |
| Parking - Outside thru 12/10/10 | 0.00 |
| Overnight Delivery Serv. thru 12/10/10 | 0.00 |
| Outside Duplicating thru 12/10/10 | 798.01 |
| Court Reporter Expense thru 12/10/10 | 0.00 |
| Westlaw Research thru 12/10/10 | 1,783.39 |
| Searches thru 12/10/10 | 84.71 |
| **Total Costs** | **$2,676.34** |

**CURRENT BILL TOTAL AMOUNT DUE**     10,281.34